IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES FUDGE, ADC # 113396**                                                                  **PLAINTIFF**

v.                            **CASE NO. 4:15CV00113 BSM**

**JOHN STALEY, Sheriff, Lonoke County
Jail, and Kevin McCoy, Captain, Lonoke
County Jail**                                                                                  **DEFENDANTS**

**ORDER**

The proposed findings and partial recommended disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the PRD are hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment [Doc. No. 35] is:

    a. Granted on plaintiff's official capacity claims against all defendants and on plaintiff's deliberate indifference to medical needs against Staley and these claims are dismissed with prejudice; and

    b. Denied in all other respects.

2. The clerk is directed to correct the docket to reflect that defendant "McCoyn" is "Kevin McCoy."

IT IS SO ORDERED this 7th day of March 2016.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE